**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

```
-------------------------------------------------------------- X
                                                               :
U.S. BANK NATIONAL ASSOCIATION, as Indenture                   :   Civil Action No.:
Trustee,                                                       :   11-cv-01445(RHK/JJG)
                                                               :
                Plaintiff,                                     :
                                                               :
          v.                                                   :
                                                               :
EDUCATION LOANS INCORPORATED AND STUDENT                       :       PLAINTIFF'S
LOAN FINANCE CORPORATION,                                      :   MOTION TO STRIKE
                                                               :      DEFENDANTS'
                Defendants.                                    :       PURPORTED
                                                               :       AFFIRMATIVE
                                                               :        DEFENSES
                                                               :
                                                               :
-------------------------------------------------------------- X
```

Pursuant to Federal Rule of Civil Procedure 12(f), Plaintiff U.S. Bank National Association, as Indenture Trustee, hereby moves for an order striking all of Defendants' Purported Affirmative Defenses. The basis for this Motion is that Defendants' Purported Affirmative Defenses are legally deficient and inadequately pled. To the extent the Court denies Plaintiff's Motion to Strike, Plaintiff hereby moves for an order pursuant to Federal Rule of Civil Procedure 12(e) requiring Defendants to provide Plaintiff with a more definite statement of their Affirmative Defenses.

This Motion will be based on the arguments of counsel, together with all pleadings, files, exhibits, and other materials in the Court's file, including the Indenture, filed as Exhibit 1 to Plaintiff's Complaint, and a memorandum of law in support of this motion to be filed and served in accordance with Local Rule 7.1(b).

DOCS-#823729-v1-EdLinc__Motion_to_Strike

-2-

Dated July 22, 2011

MASLON EDELMAN BORMAN & BRAND, LLP

By:  s/Jason A. Lien
    James F. Killian (#193914)
    Clark T. Whitmore (#181699)
    Jason A. Lien (#028936X)
    3300 Wells Fargo Center
    90 South Seventh Street
    Minneapolis, MN  55402-4140
    Telephone:  612.672.8200
    Facsimile:  612.672.8397
    E-Mail:   james.killian@maslon.com
            clark.whitmore@maslon.com
            jason.lien@maslon.com

Of Counsel (Admitted *Pro Hac Vice*)

James E. Spiotto
Ann E. Acker
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, IL  60603-4080
Telephone:  312.845.3000
Facsimile:  312.701.2361
E-Mail:  spiotto@chapman.com
        acker@chapman.com

Attorneys for Plaintiff U.S. Bank National
  Association, as Indenture Trustee