**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

U.S. BANK NATIONAL ASSOCIATION,          Civ. No. 11-1445 (RHK/JJG)
  as Indenture Trustee,

              Plaintiff,

     v.                                  **ORDER**

EDUCATION LOANS INCORPORATED AND
STUDENT LOAN FINANCE CORPORATION,

              Defendants.

---

Upon consideration of the Joint Motion to Seal filed by Plaintiff U.S. Bank National Association, as Indenture Trustee, and Defendants Education Loans Incorporated and Student Loan Finance Corporation (Doc. No. 63), **IT IS ORDERED** that the Motion is **GRANTED**.

Date: June 19, 2012                                  s/Richard H. Kyle
                                                            RICHARD H. KYLE
                                                            United States District Judge